1

2

3

4

5

6                              **UNITED STATES DISTRICT COURT**
                                    **DISTRICT OF NEVADA**
7

8    Patrick Hable                    )        Case # **2:22-cv-02012-GMN-BNW**
                                      )        _____
9                                     )
                                      )        **VERIFIED PETITION FOR**
10              Plaintiff(s),         )        **PERMISSION TO PRACTICE**
                                      )        **IN THIS CASE ONLY BY**
11        vs.                         )        **ATTORNEY NOT ADMITTED**
     Benn Godenzi                     )        **TO THE BAR OF THIS COURT**
12                                    )        **AND DESIGNATION OF**
                                      )        **LOCAL COUNSEL**
13                                    )
              Defendant(s).           )
14   _____            ___)          FILING FEE IS $250.00

15

16   _____, Petitioner, respectfully represents to the Court:
              Emily Gerrick
17              (name of petitioner)

18        1.    That Petitioner is an attorney at law and a member of the law firm of

     _____
19                             Gerstein Harrow LLP
                                   (firm name)
20   with offices at _____,
                             810 7th Street NE, Suite 301
21                                (street address)

     _____, _____ ⊙ , _____,
22        Washington                District of Columbia           20002
           (city)                        (state)              (zip code)
23   _____, _____.
        (202) 540-8105               emily@gerstein-harrow.com
24   (area code + telephone number)        (Email address)

25        2.    That Petitioner has been retained personally or as a member of the law firm by

     _____ to provide legal representation in connection with
26          Plaintiff Patrick Hable
                  [client(s)]
27   the above-entitled case now pending before this Court.

28
                                                                        Rev. 5/16

3.     That since _____November 6, 2014_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of __Texas_____
                                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Texas | 11/06/2014 | 24092417 |
| U.S. District Court W.D. Tex. | 12/10/2015 | 24092417 |
| U.S. District Court N.D. Tex. | 04/20/2018 | 24092417 |
| Eleventh Circuit Court of Appeals | 11/18/2022 | 24092417 |
|  |  |  |
|  |  |  |
|  |  |  |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

None

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3                                                          *Emily Gerrick*

4                                                    _____
                    Virginia                              Petitioner's signature
   STATE OF _____    )

5                                   )
   COUNTY OF _____    )
                Prince William      )

6

7  _____, Petitioner, being first duly sworn, deposes and says:
        Emily Gerrick

8  That the foregoing statements are true.

9                                                          *Emily Gerrick*

                                                     _____
                                                          Petitioner's signature
10 Subscribed and sworn to before me this

11
      13th                 December                2022
12 _____ day of _____, _____.

13 _____
          *Neble Cormont*

                 Notary Public or Clerk of Court        Notarized online using audio-video communication
14               Electronic Notary Public

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate _____Bradley S. Schrager_____,
                                                                          (name of local counsel)
19 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action.  The address and email address of

21 said designated Nevada counsel is:

22

23 _____3773 Howard Hughes Parkway, Suite 590 South_____,
                           (street address)

24 _____, _____, _____,
       Las Vegas              Nevada           89169
25      (city)                 (state)        (zip code)

26 _____, _____.
     (702) 341-5200       bschrager@wrslawyers.com
   (area code + telephone number)    (Email address)

27

28                                   4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Bradley S. Schrager_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Patrick Hable_____
(party's signature) _____

Plaintiff   Patrick Hable
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

____10217____          bschrager@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this __15__ day of __December__, __2022__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 13, 2022


Re: Emily Ariel Gerrick, State Bar Number 24092417


To Whom It May Concern:

This is to certify that Emily Ariel Gerrick was licensed to practice law in Texas on November 06, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web