|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Patrick Hable                               )   Case # 22-cv-2012 - GMN-BNW
                                            )
                                            )
                                            )   **VERIFIED PETITION FOR**
            Plaintiff(s),                   )   **PERMISSION TO PRACTICE**
                                            )   **IN THIS CASE ONLY BY**
    vs.                                     )   **ATTORNEY NOT ADMITTED**
Benn Godenzi                                )   **TO THE BAR OF THIS COURT**
                                            )   **AND DESIGNATION OF**
                                            )   **LOCAL COUNSEL**
                                            )
            Defendant(s).                   )
_____)           FILING FEE IS $250.00

_____Jason Harrow_____, Petitioner, respectfully represents to the Court:
          (name of petitioner)

   1.   That Petitioner is an attorney at law and a member of the law firm of
_____Gerstein Harrow LLP_____
                                         (firm name)

with offices at _____3243B S. La Cienega Blvd._____,
                                         (street address)

_____Los Angeles_____, _____California_____, _____90016_____,
              (city)                              (state)                     (zip code)

_____323-744-5293_____, _____jason@gerstein-harrow.com_____.
   (area code + telephone number)              (Email address)

   2.   That Petitioner has been retained personally or as a member of the law firm by
_____Plaintiff Patrick Hable_____ to provide legal representation in connection with
                [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since January 25, 2016, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| New York | 9/4/2013 | 5156719 |
| Arizona | 6/9/2022 | 37587 |
| U.S. Supreme Court | 10/7/2019 | 310760 |
| N.D. Cal. | 4/24/2017 | |
| Ninth Circuit | 2/26/2016 | |
| Tenth Circuit | 4/11/2018 | |
| Fifth Circuit | 4/8/2021 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to t e State Bar of Nevada.   Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Texas_____ )
                          )
COUNTY OF __Harris_____ )

____Jason Seth Harrow_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__5th____ day of ____December_____, __2022____.

_____   Lucas Santos
Notary Public or Clerk of Court

Lucas Santos
ID NUMBER
13374068-3
COMMISSION EXPIRES
May 3, 2026

Notarized online using audio-video communication

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Bradley S. Schrager__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

____3773 Howard Hughes Parkway, Suite 590 South_____,
(street address)

____Las Vegas_____, __Nevada_____, __89169____,
(city)                 (state)              (zip code)

____(702) 341-5200_____, ____bschrager@wrslawyers.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Bradley S. Schrager_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____Patrick Hable_____
(party's signature)

_Plaintiff___Patrick Hable_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_10217_____     _bschrager@wrslawyers.com_____
Bar number                                   Email address


APPROVED:

Dated: this __15__ day of __December__, 20_22_.

_____
UNITED STATES DISTRICT JUDGE

5



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JASON SETH HARROW*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JASON SETH HARROW, #308560, was on the 25th day of January, 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 18th day October, 2022.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jason Seth Harrow

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 4, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 13, 2022.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00087365



October 13, 2022

Jason Harrow
jason@gerstein-harrow.com
**SENT VIA ELECTRONIC MAIL ONLY**

**RE: Mr. Jason Harrow**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:        June 9, 2022
Current Membership Status:  Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org.

Sincerely,

*Wendy Macias*
Wendy Macias
Resource Center

