SNELL & WILMER L.L.P.
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: cgianelloni@swlaw.com

*Attorneys for Defendant Benn Godenzi*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HABLE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BENN GODENZI,<br><br>　　　　　　Defendant. | Case No.  2:22-cv-02012-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT BENN GODENZI TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L.R. IA 6-1, Benn Godenzi ("Defendant"), by and through his undersigned counsel, and Patrick Hable ("Defendant", and together with Plaintiff, the "Parties"), hereby stipulate to extend the deadline for Defendant to respond to the Complaint until January 30, 2023.

The Parties seek this extension in good faith and not for the purposes of undue delay, and to allow Defendant to retain counsel and evaluate the claims.  The procedural posture of this case is as follows:

WHEREAS, on December 2, 2022, Plaintiff commenced this action by filing a Complaint against the Defendant;

WHEREAS, on December 2, 2022, a Summons was issued to the Defendant;

WHEREAS, on December 9, 2022, Defendant was served with the Summons and Complaint;

WHEREAS, based on the date of service above, the current deadline for the Defendant to answer the Complaint is December 30, 2022.

4875-5926-4582

1  WHEREAS, the Plaintiff has agreed to extend the deadline for the Defendant to answer or otherwise respond to the Complaint to January 30, 2023.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties hereto stipulate and agree that the deadline for the Defendant to answer or otherwise respond to the Complaint shall be January 30, 2023.

| DATED this 29th day of December 2022. | DATED this 29th day of December 2022. |
|---|---|
| SNELL & WILMER L.L.P. | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP |
| /s/ Charles E. Gianelloni | /s/ Bradley S. Schrager |
| Charles E. Gianelloni (NV Bar No. 12747)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Phone: (702) 784-5200 | Bradley S. Schrager (NV Bar No. 10217)<br>3773 Howard Hughes Parkway, Suite 590 South<br>Las Vegas, Nevada 89169<br>Phone: (702) 341-5200 |
| *Attorneys for Plaintiff Benn Godenzi* | *Attorneys for Patrick Hable* |

## **ORDER**

The Court having considered the foregoing joint motion by the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant shall have until January 30, 2023 to answer or otherwise respond to Plaintiff's Complaint.

DATED January 3, 2023

_____
DISTRICT COURT JUDGE

4875-5926-4582

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT BENN GODENZI TO RESPOND TO COMPLAINT (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 29th day of December 2022.

_____
An Employee of Snell & Wilmer L.L.P.

4875-5926-4582