**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PATRICK HABLE,

        Plaintiff(s),

vs.

BENN GODENZI,

        Defendant(s).

Case #2:22-cv-02012

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____Rebecca L. Castaneda____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Castaneda Law Firm, PLLC
(firm name)

with offices at     506 North Armenia Ave.
                  (street address)

Tampa , Florida , 33609
(city)     (state)     (zip code)

813-694-7780 , Rebecca@CastLF.com
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Benn Godenzi to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  April 19, 2018 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  Florida  (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Middle District of Florida | 7/25/2018 | 1007926 |
| Souther District of Florida | 06/01/2018 | 1007926 |
| District of Colorado | 12/23/2019 | |
| Eastern District of Michigan | 7/6/2021 | |
| Eastern District of New York | 09/16/2022 | 5688239 |
| Southern District of New York | 12/14/2022 | 5688239 |
| Massachusetts District Court | 1/26/2010 | 676527 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar #1007926
New York Bar #5688239
Massachusetts Bar #676527

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Petitioner's signature*

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

REBECCA CASTANED Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Petitioner's signature*

Subscribed and sworn to before me this

29 day of DECEMBER, 2022.

*Notary Public or Clerk of Court*

JOEL SALINAS
Notary Public - State of Florida
Commission # HH 308163
My Comm. Expires Sep 5, 2026
Bonded through National Notary Assn.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Charles E. Gianelloni, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3883 Howard Hughes Parkway, Suite 1100
(street address)

Las Vegas, Nevada, 89169
(city) (state) (zip code)

702-784-5373, cgianelloni@swlaw.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Charles E. Gianelloni_ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Benn Godenzi_
Benn Godenzi (Jan 3, 2023 13:32 PST)
(party's signature)

Benn Godenzi, Defendant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

12747                    CGianelloni@swlaw.com
Bar number               Email address

APPROVED:

Dated: this __6__ day of January, 2023.

[signature]
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Petition for permission to practice (signed)

Final Audit Report                                                                                  2023-01-03

| | |
|---|---|
| Created: | 2023-01-03 |
| By: | Rebecca Castaneda (rc@attorneyrebeccacastaneda.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALFLiUGfaPy7ZUK93JvNuHBlf04O5K_mg |

## "Petition for permission to practice (signed)" History

- Document created by Rebecca Castaneda (rc@attorneyrebeccacastaneda.com)
  2023-01-03 - 8:43:09 PM GMT- IP address: 172.56.97.204

- Document emailed to benn@bst.network for signature
  2023-01-03 - 8:44:06 PM GMT

- Email viewed by benn@bst.network
  2023-01-03 - 9:31:53 PM GMT- IP address: 66.249.88.24

- Signer benn@bst.network entered name at signing as Benn Godenzi
  2023-01-03 - 9:32:07 PM GMT- IP address: 104.182.216.215

- Document e-signed by Benn Godenzi (benn@bst.network)
  Signature Date: 2023-01-03 - 9:32:09 PM GMT - Time Source: server- IP address: 104.182.216.215

- Agreement completed.
  2023-01-03 - 9:32:09 PM GMT

Adobe Acrobat Sign



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )         In Re:   1007926
                                      Rebecca Lynn Castaneda
                                      The Castaneda Law Firm PLLC
                                      506 N Armenia Ave
                                      Tampa, FL 33609-1703

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 19, 2018**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 29th day of **August**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-196374

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

August 26, 2022

Attorney Rebecca L. Castaneda
Rebecca Castaneda
506 N. Armenia Avenue
Tampa , FL  33609
rc@attorneyrebeccacastaneda.com

**IN RE:**         **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Rebecca L. Castaneda .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/cea
Clearance: 08/26/2022
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 30, 2009**, said Court being the highest Court of Record in said Commonwealth:

## Rebecca L. Castaneda

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-sixth** day of **August**

in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Rebecca Lynn Castaneda

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 17, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on January 5, 2023.

*Robert D. Mayberger*
Clerk of the Court

CertID-00098805



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney
Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022