# EXHIBIT 1

Notice of Discontinuance/Withdrawal
(Dec. 10, 2020)

# EXHIBIT 1

**IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: HC/S 633/2020

Filed: 10-December-2020 03:45 PM

Between

MB TECHNOLOGY LTD
(British Virgin Islands Registration No. 1972935)

...Plaintiff(s)

And

1.   ECOMI TECHNOLOGY PTE LTD
     (Singapore UEN No. 201814792N)

2.   DAVID SHU-HAN YU
     (New Zealand Passport No. LK929184)

3.   DANIEL CROTHERS
     (New Zealand Passport No. LT143795)

...Defendant(s)

**Counterclaim of 1st Defendant**

Between

ECOMI TECHNOLOGY PTE LTD
(Singapore UEN No. 201814792N)

...Plaintiff(s) in Counterclaim

And

MB TECHNOLOGY LTD
(British Virgin Islands Registration No. 1972935)

...Defendant(s) in Counterclaim

**NOTICE OF DISCONTINUANCE/ WITHDRAWAL**

To: 1. The Registrar,

2. Solicitor(s) for the 1st , 2nd and 3rd Defendant(s) and Plaintiff in Counterclaim(s)
Drew & Napier LLC
10 Collyer Quay #10-01 Ocean Financial Centre
Singapore 049315
Tel No.: 65350733
Fax No.: 65354906
Email: mail@drewnapier.com
File Ref No.: CAB/LSMN/MLYX/439792
Solicitor in charge: 1. BULL CAVINDER,
2. LIN SHUMIN,
3. MELODY LAU YUNXUAN

TAKE NOTICE that the Plaintiff discontinues all its claims against the Defendants in HC/S 633/2020 by consent with no orders as to costs.

001

1.   Consent NOD

Issued By:

Solicitor(s) for the Plaintiff(s) and Defendant in Counterclaim(s)

RAJAH & TANN SINGAPORE LLP
9 Straits View #06-07 Marina One West Tower
Singapore 018937
Tel No.: 65353600
Fax No.: 62259630
Email: info@rajahtann.com
File Ref No.: DOW/YWJ/BCI/RZY/348746/1
Solicitor in charge: 1. ONG TUN WEI DANNY,
2. Yam Wern Jhien,
3. BETHEL CHAN RUIYI,
4. YAP ZHE YOU, RYO

002

**IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

HC/S 633/2020

Between

**MB TECHNOLOGY LTD**
(British Virgin Islands Registration No. 1972935)

... Plaintiff

And

(1) **ECOMI TECHNOLOGY PTE LTD**
(Singapore UEN No. 201814792N)

(2) **DAVID SHU-HAN YU**
(ID No. LK929184)

(3) **DANIEL CROTHERS**
(ID No. LT143795)

... Defendants

(by Original Action)

Between

**ECOMI TECHNOLOGY PTE LTD**
(Singapore UEN No. 201814792N)

... Plaintiff

And

**MB TECHNOLOGY LTD**
(British Virgin Islands Registration No. 1972935)

...Defendant

(by Counterclaim)

**NOTICE OF DISCONTINUANCE**

TAKE NOTICE that the Plaintiff discontinues all its claims against the Defendants in HC/S

633/2020 by consent with no orders as to costs.

Dated this 10th day of December 2020.

003

_____
Solicitors for the Plaintiff
Rajah & Tann Singapore LLP


We hereby consent to the Plaintiff's action being discontinued with no orders as to costs.


_____
Solicitors for the Defendants
Drew & Napier LLC

004

# EXHIBIT 2

Notice of Discontinuance
(Dec. 16, 2020)

# EXHIBIT 2

**IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: HC/S 633/2020

Filed: 16-December-2020 11:41 AM

Between

MB TECHNOLOGY LTD
(British Virgin Islands Registration No. 1972935)

...Plaintiff(s)

And

1.   ECOMI TECHNOLOGY PTE LTD
     (Singapore UEN No. 201814792N)

2.   DAVID SHU-HAN YU
     (New Zealand Passport No. LK929184)

3.   DANIEL CROTHERS
     (New Zealand Passport No. LT143795)

...Defendant(s)

**Counterclaim of 1st Defendant**

Between

ECOMI TECHNOLOGY PTE LTD
(Singapore UEN No. 201814792N)

...Plaintiff(s) in Counterclaim

And

MB TECHNOLOGY LTD
(British Virgin Islands Registration No. 1972935)

...Defendant(s) in Counterclaim

**NOTICE OF DISCONTINUANCE**

To: 1. The Registrar,

2. Solicitors for the Plaintiff and Defendant in Counterclaim
RAJAH & TANN SINGAPORE LLP
9 Straits View #06-07 Marina One West Tower
Singapore 018937
Tel No.: 65353600
Fax No.: 62259630
Email: info@rajahtann.com
File Ref No.: DOW/YWJ/BCI/RZY/348746/1
Solicitor in charge: 1. BETHEL CHAN RUIYI,
2. ONG TUN WEI DANNY,
3. Yam Wern Jhien,
4. YAP ZHE YOU, RYO

Take notice that the 1st Defendant wholly discontinues its Counterclaim against the Plaintiff in HC/S
633/2020 by consent with no orders to costs.

005

1.     20201216 Notice of Discontinuance of Counterclaims in Suit 633

Issued By:

Solicitors for the 1st Defendant and Plaintiff in Counterclaim

Drew & Napier LLC
10 Collyer Quay #10-01 Ocean Financial Centre
Singapore 049315
Tel No.: 65350733
Fax No.: 65354906
Email: mail@drewnapier.com
File Ref No.: CAB/LSMN/MLYX/439792
Solicitor in charge: 1. CAVINDER BULL, S.C.,
2. LIN SHUMIN,
3. MELODY LAU YUNXUAN

**IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

HC/S 633/2020

Between

**MB TECHNOLOGY LTD**
(British Virgin Islands Registration No. 1972935)

... Plaintiff

And

1.   **ECOMI TECHNOLOGY PTE LTD**
      (Singapore UEN No. 201814792N)

2.   **DAVID SHU-HAN YU**
      (ID No. LK929184)

3.   **DANIEL CROTHERS**
      (ID No. LT143795)

... Defendants

(by Original Action)

Between

**ECOMI TECHNOLOGY PTE LTD**
(Singapore UEN No. 201814792N)

... Plaintiff

And

**MB TECHNOLOGY LTD**
(British Virgin Islands Registration No. 1972935)

...Defendant

(by Counterclaim)

**NOTICE OF DISCONTINUANCE**

TAKE NOTICE that the 1st Defendant discontinues its counterclaims against the Plaintiff in HC/S 633/2020 by consent with no orders as to costs.

Dated this 16th day of December 2020.

**SOLICITORS FOR THE DEFENDANTS**
**DREW & NAPIER LLC**

**SOLICITORS FOR THE PLAINTIFF**
**RAJAH & TANN SINGAPORE LLP**

# EXHIBIT 3

Order of Court (Dec. 16, 2020)

# EXHIBIT 3

**IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

Case No.: HC/S 633/2020
Sub Case No.: HC/SUM 5416/2020
Doc No.: HC/ORC 6828/2020
Filed: 17-December-2020 09:59 AM

Between

MB TECHNOLOGY LTD
(British Virgin Islands Registration No. 1972935)

...Plaintiff(s)

And



1.  ECOMI TECHNOLOGY PTE LTD
    (Singapore UEN No. 201814792N)

2.  DAVID SHU-HAN YU
    (New Zealand Passport No. LK929184)

3.  DANIEL CROTHERS
    (New Zealand Passport No. LT143795)

...Defendant(s)



**Counterclaim of 1st Defendant**

Between

ECOMI TECHNOLOGY PTE LTD
(Singapore UEN No. 201814792N)

...Plaintiff(s) in Counterclaim

And

MB TECHNOLOGY LTD
(British Virgin Islands Registration No. 1972935)

...Defendant(s) in Counterclaim

**ORDER OF COURT**

Before:        The Honourable Justice Dedar Singh Gill in Chambers

Date of Order :  16-December-2020

UPON THE APPLICATION of the abovenamed Plaintiff made by way of HC/SUM 5416/2020 filed on 10 December 2020 and upon the parties' agreement that a consent order be recorded for HC/SUM 5416/2020 without attendance before the Court pursuant to Order 42 rule 1A of the Rules of Court, BY CONSENT,

It is ordered that:

1.        The Orders of Court made in HC/SUM 2876/2020 *vide* HC/ORC 4051/2020 and HC/ORC 4052/2020 dated 22 July 2020 are fully discharged by consent; and

2.        There are no orders as to costs of the application.

009





TEH HWEE HWEE

REGISTRAR

SUPREME COURT

SINGAPORE

*https://www.courtorders.gov.sg*
*Access code: 7f51bofak*

Getting this document from the Authentic Court Orders
Portal verifies:
(a) that it was issued by the Courts of the Republic of
Singapore; and (b) the text of the document as issued on 16
Dec 2020



Digitally Signed by Singapore Judiciary Court Orders System on 17 Dec 2020 10:59:29 SG
Order Number: HC/ORC 6828/2020 (Case Number: HC/S 633/2020)

010