1
2
3
4
5

6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**

8                                           )        Case #2:22-cv-02012-GMN-BNW
                                            )
9   Patrick Hable                           )
                                            )
                                            )        **VERIFIED PETITION FOR**
10              Plaintiff(s),               )        **PERMISSION TO PRACTICE**
                                            )        **IN THIS CASE ONLY BY**
11      vs.                                 )        **ATTORNEY NOT ADMITTED**
                                            )        **TO THE BAR OF THIS COURT**
12  Benn Godenzi                            )        **AND DESIGNATION OF**
                                            )        **LOCAL COUNSEL**
13                                          )
              Defendant(s).                 )
14 _____ )        FILING FEE IS $250.00

15

16          Michael Jason Lee          , Petitioner, respectfully represents to the Court:
            (name of petitioner)

17
     1.   That Petitioner is an attorney at law and a member of the law firm of
18
              Law Offices of Michael Jason Lee, APLC
19                              (firm name)

20  with offices at          4660 La Jolla Village Drive, Suite 100          ,
                                      (street address)

21          San Diego          ,          California          ,     92122     ,
              (city)                        (state)              (zip code)

23       (858) 550-9984          ,     michael@mjllaw.com          .
     (area code + telephone number)        (Email address)

24
     2.   That Petitioner has been retained personally or as a member of the law firm by
25
              Benn Godenzi              to provide legal representation in connection with
26                [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                    Rev. 5/16

3.      That since ___January 3, 2000___, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 1/3/2000 | 206110 |
| District of Columbia | 5/10/2004 | 485722 |
| Supreme Court of the United States | 8/25/2003 | n/a |
| US Court of Appeals for the Ninth Circuit | 7/3/2001 | n/a |
| US Court of Appeals for the Tenth Circuit | 1/3/2007 | n/a |
| USDC for the Central District of California | 10/31/2000 | n/a |
| * continued on Attachment 4 | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> None

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/25/2000 | 2:20-ms-00033 | USDC of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                  )
COUNTY OF _____San Diego_____ )

_____Michael Jason Lee_____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__30__ day of __January__, __2023__.

_____
Notary Public or Clerk of Court

MAIHAR MEAKHA
Commission No.   2303826
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires   SEPTEMBER 1, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
believes it to be in the best interests of the client(s) to designate _____Charles Gianelloni_____,
                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the
above-entitled Court as associate resident counsel in this action.  The address and email address of
said designated Nevada counsel is:

_____3883 Howard Hughes Parkway, Suite 1100_____,
                        (street address)

_____Las Vegas_____, _____Nevada_____, _____89169_____,
        (city)                   (state)              (zip code)

_____(702) 784-5373_____, _____cgianelloni@swlaw.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____Charles Gianelloni_____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

9

10  *Benn Godenzi*
Benn Godenzi (Jan 24, 2023 17:38 PST)
_____
(party's signature)

11

12  Benn Godenzi
_____
(type or print party name, title)

13  _____
(party's signature)

14

15  _____
(type or print party name, title)

16

17  **CONSENT OF DESIGNEE**

18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____
Designated Resident Nevada Counsel's signature

21  12747                    cgianelloni@swlaw.com
_____
Bar number              Email address

22

23

24  APPROVED:

25  Dated: this ___31___ day of ___January___, 20_23_.

26  _____

27  UNITED STATES DISTRICT JUDGE

28

5

Rev. 5/16

# Attachment "4"

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| USDC for the Eastern District of California | 2/20/2001 | n/a |
| USDC for the Northern District of California | 11/22/2000 | n/a |
| USDC for the Southern District of California | 11/1/2000 | n/a |

## The State Bar
### of California

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 19, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JASON LEE, #206110 was admitted to the practice of law in this state by the Supreme Court of California on January 3, 2000 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Michael Lee

*was duly qualified and admitted on May 10, 2004 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on January 26, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*