1  Charles E. Gianelloni, Esq.
   Nevada Bar No. 12747
2  Alexis R. Wendl, Esq.
   Nevada Bar No. 15351
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: cgianelloni@swlaw.com
6         awendl@swlaw.com

7  Rebecca L. Castaneda, Esq.
   *Admitted Pro Hac Vice*
8  THE CASTENADA LAW FIRM, PLLC
   506 North Armenia Avenue
9  Tampa, FL 33609
   Telephone: (813) 694-7780
10 Email: rebecca@castlf.com

11 Michael Jason Lee, Esq.
   *Admitted Pro Hac Vice*
12 LAW OFFICES OF MICHAEL JASON LEE, APLC
   4660 La Jolla Village Drive, Suite 100
13 San Diego, CA 92122
   Telephone: (858) 550-9984
14 Email: michael@mjllaw.com

15 Attorneys for Defendant Benn Godenzi

16

17                    **UNITED STATES DISTRICT COURT**

18                         **DISTRICT OF NEVADA**

19 PATRICK HABLE,                    | Case No.  2:22-cv-02012-GMN-BNW
20                Plaintiff,
                                     | **STIPULATION AND ORDER TO EXTEND**
21        v.                         | **DEADLINE FOR DEFENDANT BENN**
                                     | **GODENZI TO RESPOND TO FIRST**
22 BENN GODENZI,                     | **AMENDED COMPLAINT**
23                Defendant.         |      **(First Request)**
24

25        Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and L.R. IA 6-1, Defendant Benn Godenzi, by and

26 through his undersigned counsel, and Plaintiff Patrick Hable, by and through his undersigned

27 counsel, hereby stipulate as follows.

28        1.     On December 2, 2022, Plaintiff filed a complaint to commence this action.

4884-8547-2850

2. On January 30, 2023, Defendant moved to dismiss the complaint.

3. On February 17, 2023, Plaintiff filed a first amended complaint.

4. The deadline for Defendant to respond to the first amended complaint is March 3, 2023.

5. The parties agree to extend Defendant's response deadline to March 17, 2023.

6. The parties further agree that if Defendant files a motion to dismiss, Plaintiff's opposition deadline is April 14, 2023.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the parties hereto stipulate and agree that (1) the deadline for Defendant to respond to the first amended complaint is March 17, 2023; and (2) the deadline for Plaintiff to respond to Defendant's motion to dismiss, if one is filed, is April 14, 2023.

DATED this 27th day of February 2023.

SNELL & WILMER L.L.P.

/s/ Charles E. Gianelloni
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200

Rebecca L. Castaneda, Esq.
*Admitted Pro Hac Vice*
THE CASTENADA LAW FIRM, PLLC
506 North Armenia Avenue
Tampa, FL 33609
Telephone: (813) 694-7780

Michael Jason Lee, Esq.
*Admitted Pro Hac Vice*
LAW OFFICES OF MICHAEL JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Telephone: (858) 550-9984

*Attorneys for Defendant Benn Godenzi*

DATED this 27th day of February 2023.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

/s/ Bradley S. Schrager
Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone: (702) 341-5200

Jason Harrow, Esq.
*Admitted Pro Hac Vice*
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
Telephone: (323) 744-5293

Charles Gerstein Esq.
Emily Gerrick, Esq.
*Admitted Pro Hac Vice*
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington DC 20002
Telephone: (202) 670-4809

*Attorneys for Plaintiff Patrick Hable*

///

4884-8547-2850

# ORDER

IT IS ORDERED that ECF No. 24 is GRANTED in part and DENIED in part without prejudice.

It is granted to the extent that Defendant's deadline to respond to the first amended complaint shall be March 17, 2023.

It is denied to the extent Plaintiff seeks a longer response period should a motion to dismiss be filed. A separate stipulation requesting this relief must be filed. *See* LR IC 2-2(b).

**IT IS SO ORDERED**

**DATED:** 4:46 pm, February 28, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4884-8547-2850

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT BENN GODENZI TO RESPOND TO FIRST AMENDED COMPLAINT (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 27th day of February 2023.

/s/ Jill Math
An Employee of Snell & Wilmer L.L.P.

4884-8547-2850